UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MCCLELLAN, et al., <br><br>        Plaintiffs, <br><br>    v. <br><br> TWITTER, INC., <br><br>        Defendant. | Case No. 22-cv-04758-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to *Price v. Twitter, Inc.*, 22-cv-03173-SK.

**IT IS SO ORDERED.**

Dated: September 20, 2022

THOMAS S. HIXSON
United States Magistrate Judge