LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
 elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

Michele D. Johnson (CA Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.755.8113

*Attorneys for Defendant Twitter, Inc.*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA MCCLELLAN and BILLY MOSES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., <br><br> Defendant. | Case No. 3:22-cv-04758-SK <br><br> **JOINT CASE STATUS UPDATE** <br><br> Magistrate Judge Sallie Kim |

Pursuant to the Court's October 14, 2022 orders staying proceedings in the above-captioned case (*McClellan* Dkt. 22; *Gianakopoulos* Dkt. 27), Plaintiffs Christina McClellan and Billy Moses ("McClellan Plaintiffs"), and Plaintiffs Peter Gianakopoulos, Jamisha Pryor, Henry Yeh, Sheila Garcia, Alyssa Schaffer, and Jeffery Robinson ("Gianakopoulos Plaintiffs") (collectively, "Plaintiffs") and Defendant Twitter, Inc. ("Twitter") submit this Joint Case Status Update.

On August 18, 2022, the *McClellan* Plaintiffs filed their Class Action Complaint. (*McClellan* Dkt. 1). On August 15, 2022, the *Gianakopoulos* Plaintiffs filed their Class Action Complaint. (*Gianakopoulos* Dkt. 1). The *McClellan* and *Gianakopoulos* actions assert the same claims on behalf of the same putative class as the putative class in *Price v. Twitter, Inc.*, Case No. 22-cv-03173-SK (N.D. Cal.). The Court related the *McClellan* and *Gianakopoulos* actions to the *Price* action on September 23, 2022. (*Price* Dkt. 38). On October 14, 2022, the Court stayed the *McClellan* and *Gianakopoulos* actions pending the Court's ruling on the *Price* Motion to Dismiss, and the parties agreed to submit an update regarding further proceedings and consolidation within 14 days of the Court's ruling on that Motion. (*McClellan* Dkt. 22; *Gianakopoulos* Dkt. 27).

On December 6, 2022, the Court granted Twitter's Motion to Dismiss the *Price* Complaint with leave to amend. (*Price* Dkt. 50). The parties have conferred and agree that the *McClellan* and *Gianakopoulos* actions should be consolidated with the *Price* action.

The parties intend to file a stipulation proposing consolidation of the *McClellan*, *Gianakopoulos*, and *Price* actions, and subject to the Court's approval, along with Ms. Price, Plaintiffs intend to file a consolidated amended complaint.

DATED: December 20, 2022                     LATHAM & WATKINS LLP

By: */s/ Elizabeth L. Deeley*
Elizabeth L. Deeley (CA Bar No. 230798)
elizabeth.deeley@lw.com
Whitney B. Weber (CA Bar No. 281160)
whitney.weber@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

|   |   |   |
|---|---|---|
| 1 |   | Michele D. Johnson (CA Bar No. 198298) |
| 2 |   | michele.johnson@lw.com |
|   |   | 650 Town Center Drive, 20th Floor |
| 3 |   | Costa Mesa, California 92626-1925 |
|   |   | Telephone: +1.714.755.8113 |
| 4 |   | *Attorneys for Defendant Twitter, Inc.* |

DATED:  December 20, 2022

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By: */s/ John J. Nelson*
John J. Nelson
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorneys for Plaintiffs Christina McClellan and Billy Moses*

**ATTORNEY ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Case Status Update. Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I, Elizabeth L. Deeley, attest that concurrence in the filing of this document has been obtained. Executed this 20th day of December 2022, in San Francisco, California.

/s/ Elizabeth L. Deeley
Elizabeth L. Deeley
of LATHAM & WATKINS LLP